NEW-YORK,
May, 1806.

Owen
v.
Morehouse.

The executors of Van Rensselaer *against* the ad-ministrators of Platner.

Interest is not recoverable for arrears of rent, payable in wheat.

THIS was an action of *covenant* for *rent arrear, payable in wheat.* The question submitted to the court was, wheth-er *interest* was recoverable on the arrears of rent?

*Henry*, for plaintiff.

*Williams*, contra.

*Per Curiam.* We are of opinion, that, as a general rule, interest is not recoverable in such a case; and nothing ap-pears, in this instance, to hinder the application of that rule.